**Dated: June 18, 2015**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| LONESTAR GEOPHYSICAL ) | Case No. 15-11872 |
| SURVEY, LLC, ) | |
| ) | |
| Debtor. ) | |

ORDER GRANTING
EMERGENCY MOTION FOR ORDER: (I) AUTHORIZING USE OF CASH
COLLATERAL, and (II) GRANTING ADEQUATE PROTECTION
[This Order Corresponds to the Motion at Dkt 4]

This matter came before the Court on the 16th day of June, 2015, for final hearing on the Emergency Motion for Order: (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection, and (III) Scheduling Final Hearing (the "Motion") (Dkt 4) filed by Lonestar Geophysical Survey, LLC, Debtor and Debtor-in-Possession in the above captioned case (the "Debtor") and the objections thereto filed by Frontier State Bank ("Frontier State") (Dkt 61) and by Fairfield Industries Incorporated d/b/a Fairfield Nodal ("Fairfield Nodal") ("Dkt 64). The Court, having considered the declaration of Gerod Black filed contemporaneously with the Motion (Dkt 3)

and the presentations made at the hearing, finds that the Motion should be granted as provided herein. All findings of fact not specifically announced by the Court at the hearing are based upon representations of counsel.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S. C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 105, 363, 1107 and 1108 of the Bankruptcy Code. Notice of the Motion and the hearing date were served on May 28, 2015, on the office of the U.S. Trustee CM/ECF, on the only known secured creditor who claims an interest in cash collateral, Frontier State, by CM/ECF, and on the other known creditors by first class mail, all as set forth in the Notice of Final Hearing filed May 28, 2015 (Dkt 30). Such notice was reasonable and adequate in the circumstances and no further notice is required.

4. At the hearing on the request for interim use of cash collateral, the Court set the hearing on the final request for use of cash collateral on June 16, 2015, and ordered that objections to the motion be filed by June 10, 2015. The only objections that were timely filed were by Frontier State and Fairfield Nodal. The office of the US Trustee filed a comment to the Motion which was considered by the Court. The parties announced that the objection of Fairfield Nodal has been resolved. The objection of Frontier State is overruled as announced at the hearing.

5. The Debtor is authorized to use cash collateral consistent with the budget set forth in Exhibit A attached hereto. The Debtor shall not exceed projected expenditures in any given category by more that 20% without further order of the Court.

15594157_1

6. To the extent that Frontier State Bank holds a valid perfected security interest in the Debtor's prepetition cash collateral and to the extent that Frontier State Bank's interest in that cash collateral is diminished by the Debtor's use as authorized herein, Frontier State Bank is granted a replacement lien in all of the Debtor's post-petition cash collateral and real and personal property. Nothing in this Order shall be deemed a determination of the validity or priority of any security interest and all such issues and objections are reserved for later determination by the Court upon proper motion.

7. Except with respect to the Debtor's right to use cash collateral as set forth herein, nothing in this Order shall determine the nature or extent of the Debtor's rights, if any, in particular real or personal property.

# # # #

Approved for Entry:


*s/ Ross A. Plourde*
ROSS PLOURDE, OBA #7193
STEVEN W. BUGG, OBA #1299
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621
405/235-0439 (FAX)
ross.plourde@mcafeetaft.com
steven.bugg@mcafeetaft.com
**Attorneys for Lone Star Geophysical Survey, LLC**



SAMUEL K. CROCKER
UNITED STATES TRUSTEE


*s/ Marjorie J. Creasey*
Marjorie J. Creasey, OBA #17819

15594157_1

Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
405/231-4393
405/231-5958 (FAX)
Marjorie.Creasey@usdoj.gov

## LoneStar Geophysical Surveys, LLC
## 6 Month Cash Budget - Post Petition


EXHIBIT A

|  | Jun 15 | Jul 15 | Aug 15 | Sept 15 | Oct 15 | Nov 15 | Dec 15 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Beginning of Period Cash Balance | 1,354,095.73 | 1,193,461.11 | 1,185,988.42 | 1,610,987.51 | 2,069,194.23 | 2,684,060.48 | 3,184,746.23 |
| **Cash Inflows** | | | | | | | |
| Aggregate Total Receipts | 300,000.00 | 750,000.00 | 1,200,000.00 | 1,200,000.00 | 1,500,000.00 | 1,300,000.00 | 1,500,000.00 |
| Total Cash Inflows | 300,000.00 | 750,000.00 | 1,200,000.00 | 1,200,000.00 | 1,500,000.00 | 1,300,000.00 | 1,500,000.00 |
| **Cash Outflows** | | | | | | | |
| Advertising and Promotion | 8,000.00 | 24,000.00 | 18,000.00 | 17,000.00 | 15,000.00 | 8,000.00 | 8,000.00 |
| Advisory & 3rd Party Relations | | | 4,500.00 | | 3,199.00 | 2,135.00 | 3,500.00 |
| Air Travels | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Bank Service Charges | 386.40 | 408.75 | 373.56 | 384.01 | 217.75 | 219.46 | 313.60 |
| Cleaning Service | 800.00 | 800.00 | 1,000.00 | 800.00 | 800.00 | 1,000.00 | 800.00 |
| Communications | 9,367.35 | 6,621.41 | 6,727.77 | 6,563.48 | 5,987.42 | 6,083.32 | 5,919.79 |
| Consumable Supplies | 6,770.51 | 10,097.09 | 10,095.45 | 8,675.49 | 9,659.34 | 11,041.43 | 11,891.39 |
| Contractor Wages and Fees | 55,000.00 | 60,000.00 | 80,000.00 | 80,000.00 | 135,000.00 | 180,000.00 | 125,000.00 |
| Debt Service (Adequate Protection) | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 |
| Dental Insurance Expense | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Dues & Subcriptions | 2,576.95 | 1,419.94 | 1,384.94 | 624.94 | 1,586.99 | 2,979.94 | 11,605.90 |
| Employee Medical | 9,020.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Equipment Rental | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Fuel | 25,000.00 | 50,000.00 | 60,000.00 | 60,000.00 | 65,000.00 | 72,000.00 | 65,000.00 |
| Health Insurance Expense | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 |
| Hotels and Lodging | 24,000.00 | 30,000.00 | 35,000.00 | 35,000.00 | 38,000.00 | 41,000.00 | 45,000.00 |
| HSEQ Expense | | 627.25 | 78.20 | | 215.98 | 226.82 | 413.45 |
| Insurance Expense | 7,130.00 | 34,490.00 | 7,130.00 | 34,490.00 | 7,130.00 | 7,130.00 | 77,130.00 |
| Licenses and Fees | 275.00 | 189.00 | 4,573.08 | 1,642.57 | 143.99 | | 1,532.31 |
| Life and AD&D Expense | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Meals and Entertainment | | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Mileage | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Miscellaneous | 150.23 | 175.10 | 168.92 | 274.00 | 241.24 | 191.45 | 414.73 |
| Non Consumable Supplies | 127.61 | 1,417.07 | 2,130.27 | 989.72 | 1,292.32 | 1,746.06 | 1,065.12 |

## LoneStar Geophysical Surveys, LLC
## 6 Month Cash Budget - Post Petition

|  | Jun 15 | Jul 15 | Aug 15 | Sept 15 | Oct 15 | Nov 15 | Dec 15 |
|---|---|---|---|---|---|---|---|
| Office Rent | 9,850.00 | 9,850.00 | 9,850.00 | 9,850.00 | 9,850.00 | 9,850.00 | 9,850.00 |
| Office Supplies | 2,708.85 | 1,834.71 | 936.33 | 588.21 | 3,017.35 | 1,046.06 | 2,137.40 |
| Parking | 121.00 | 628.67 | 346.32 | 49.00 | 360.11 | 144.25 | 220.23 |
| Payroll Expenses | 125,000.00 | 275,000.00 | 300,000.00 | 275,000.00 | 350,000.00 | 250,000.00 | 350,000.00 |
| Payroll Processing Fee | 184.15 | 184.15 | 175.45 | 153.60 | 156.80 | 236.80 | 328.00 |
| Payroll Taxes Expense | 38,032.83 | 56,212.71 | 62,688.15 | 56,626.16 | 66,421.37 | 46,116.20 | 66,611.92 |
| Penalties |  |  |  |  |  |  |  |
| Per Diem | 35,000.00 | 32,000.00 | 35,000.00 | 35,000.00 | 32,200.00 | 38,000.00 | 42,000.00 |
| Permit Agent Fees | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 |
| Professional Fees | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Rent Expense - Car Rental |  |  | 80.89 |  |  |  | 219.94 |
| Repairs and Maintenance | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Shipping | 1,963.22 | 1,983.93 | 2,793.12 | 1,695.43 | 2,266.05 | 5,879.93 | 1,587.64 |
| State Franchises Taxes Expense |  |  |  |  |  | 2,857.51 |  |
| Tools | 469.89 | 709.73 | 129.82 | 63.66 | 323.83 | 682.22 | 705.40 |
| Transport Services | 852.76 | 21,399.25 | 31,983.72 | 16,103.50 | 26,694.75 | 11,369.26 | 49,248.25 |
| Utilities | 1,133.80 | 1,328.93 | 1,558.47 | 1,166.19 | 1,119.46 | 1,166.54 | 1,974.23 |
| US Trustee's Fees |  | 9,750.00 |  |  | 9,750.00 |  |  |
| Vehicles Tag and Title | 64.07 |  | 96.45 | 853.32 | 1,300.00 | 12.00 | 549.00 |
| Vision Insurance Expense | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| Workmans Compensation Ins. |  | 28,145.00 |  |  |  |  |  |
| **Total Cash Outflows** | 460,634.62 | 757,472.69 | 775,000.91 | 741,793.28 | 885,133.75 | 799,314.25 | 980,998.36 |
| | | | | | | | |
| Net Cash Flow | -160,634.62 | -7,472.69 | 424,999.09 | 458,206.72 | 614,866.25 | 500,685.75 | 519,001.64 |
| | | | | | | | |
| End of Period Cash Balance | 1,193,461.11 | 1,185,988.42 | 1,610,987.51 | 2,069,194.23 | 2,684,060.48 | 3,184,746.23 | 3,703,747.87 |